KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Facsimile: (415) 736-7234

Attorneys for Plaintiff

FILED

AUG 3 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 05 0238 PJH |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF DISMISSAL |
| HAROLD ANTHONY ZIGLER, | ) |
| Defendant. | ) (San Francisco Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED:

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

*Eumi L. Choi* /av
EUMI L. CHOI
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 05 0238 PJH)

Leave is granted to the government to dismiss the indictment. It is further ordered that the arrest warrant issued in connection with the indictment is quashed.

Date: 8/3/05

HON. PHYLLIS J. HAMILTON
United States District Judge