```
1  Robert Tayac (SBN 173134)
   Law Office of Robert Tayac
2  44 Montgomery Street, Suite 3850
   San Francisco, CA 94104
3  415 552-6000 (voice)
   415-552-6099 (facsimile)
4
                                         E-Filing
5  Attorney for Defendant
   HAROLD ZIGLER,
6
7
8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION
11 UNITED STATES OF AMERICA,  ) Case No.:  CR 05 0238 PJH
                              )
12        Plaintiff,           ) [PROPOSED] ORDER TO RETURN
                              ) PROPERTY SEIZED
13                            )
          vs.                 )
14                            )
                              )
15                            )
   HAROLD ANTHONY ZIGLER,     )
16                            )
          Defendant.          )
17                            )
                              )
18 _____)

19     The case against Harold Zigler was dismissed on August 31,
20 2005.
21     The Court hereby Orders the return of Mr. Zigler's United
22 States Passport, currently held by the clerk of the United
23 States District Court.
24 Dated: September 12, 2005
25                                     Hon. Phyllis Hamilton
```

Order
CR 05 0238 PJH
1